IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARVEL E LAWSON JR. | : | Case No. 19-19-12632-SDR |
| | : | |
| | : | |
| Debtor | : | Chapter 13 Proceeding |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and exact copy of the following items have been served upon the parties listed below, electronically or by placing the same in the United States Mail with sufficient postage thereupon to carry it to its destination, this 26TH of JUNE, 2019.

### *Item Served*

1. Proposed Chapter 13 Plan

### *Parties Served:*

Kara West
Chapter 13 Trustee
P.O. Box 511
Chattanooga, TN 37401

US Trustee
United States Bankruptcy Court
31 East 11th Street
Chattanooga TN 37402-4205

Foursight Capital
265 E 100 S #300
Salt Lake City, UT 84111

This 26th day of June, 2019.

/s/ *Brent James*
BRENT JAMES,
Attorney for Debtor
P. O. Drawer 220
200 McFarland Bldg.
Rossville, GA 30741
(706) 861-0203
Tenn. Bar No. 18308/Ga. Bar No. 388855